IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID HUTTON, | No. C 09-5388 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America, | |
| Defendant. | |

The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c). Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to confer regarding reassignment and to file, an or before  December 18, 2009  , a letter stating whether or not the parties consent to reassignment of this matter to Magistrate Judge Vadas. If the parties so consent, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

IT IS SO ORDERED.

Dated: December 9, 2009

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE