BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID HUTTON ) <br> ) <br> ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | CASE NO.  CIV-09-5388 CRB <br><br> **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of June 8, 2010, July 15, 2010.   This is plaintiff's first request for an extension of time and  is required due to plaintiff's counsel's impacted briefing schedule.

     *See*, Declaration of Bess M. Brewer set forth below


/ / /

/ / /

/ / /

1

Dated: June 8, 2010

*s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: June 9, 2010

McGregor W. Scott

United States Attorney

/s/ *Theophous Reagans*
THEOPHOUS REAGANS

Special Assistant U.S. Attorney

Attorney for Defendant

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent the plaintiff, Mr. Hutton, in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Due to my extremely busy briefing schedule, I will require additional time to complete Mr.Hutton's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Mr. Hutton's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on June 8, 2010, in Sacramento, California.

  /s/ Bess M. Brewer
BESS M. BREWER

1                                           **ORDER**

3   APPROVED AND SO ORDERED.

6   DATED: June 21, 2010

7                                       HONORABLE CHARLES R. BREYER

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED / Judge Charles R. Breyer" signature stamp]*