MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON DAVID HUTTON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 09-5388 CRB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; ~~PROPOSED~~ ORDER |

       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through October 9, 2010, in which to e-file his Cross-Motion for Summary Judgment.  This extension is requested because counsel for Defendant needs additional time to review the case.

///

///

///

///

///

///

Dated: September 8, 2010

/s/ Bess E. Brewer
*(As authorized via email on 09/08/2010)*
BESS E. BREWER
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: September 8, 2010          By:   /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 15, 2010

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

2